UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL RUSSELL ROSENBERGER,<br><br>        Petitioner,<br><br>      v.<br><br>WARDEN,<br><br>        Respondent.<br>_____ | Case No. CV 14-3923 R(JC)<br><br>JUDGMENT |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 6, 2015

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE